| USAO | Collection District | ID | DiPierro | Oren Dean | Court Number | 4:98CR00027-001 |
|---|---|---|---|---|---|---|
| 0R | | | | 1999A27299 | | |
| Finance Code | Received Date | Payment Form | Received From | BOP Deposit No. | Payment Amount | |
| PMNT | 09/03/1999 | OT | JUBP (Bureau of Pris | 148-9-121 | $25.00 | |
| PMNT | 12/03/1999 | OT | JUBP (Bureau of Pris | 148-0-031 | $25.00 | |
| PMNT | 03/10/2000 | OT | JUBP (Bureau of Pris | 148-00-061 | $25.00 | |
| PMNT | 06/09/2000 | OT | JUBP (Bureau of Pris | 148-00-091 | $25.00 | |
| PMNT | 09/11/2000 | OT | JUBP (Bureau of Pris | 148-00-121 | $25.00 | |
| PMNT | 03/12/2001 | OT | JUBP (Bureau of Pris | 236-01-061 | $25.00 | |
| PMNT | 06/19/2001 | OT | JUBP (Bureau of Pris | 236-01-091 | $50.00 | |
| PMNT | 09/13/2001 | OT | JUBP (Bureau of Pris | 236-01-121 | $50.00 | |
| PMNT | 12/12/2001 | OT | JUBP (Bureau of Pris | 236-02-031 | $50.00 | |
| PMNT | 03/11/2002 | OT | JUBP (Bureau of Pris | 236-02-061 | $49.66 | |
| PMNT | 06/11/2002 | OT | JUBP (Bureau of Pris | 10234-023 | $35.00 | |
| PMNT | 07/10/2002 | OT | JUBP (Bureau of Pris | 236-02-101 | $35.00 | |
| PMNT | 08/12/2002 | OT | JUBP (Bureau of Pris | 236-02-111 | $35.00 | |
| PMNT | 12/11/2002 | OT | JUBP (Bureau of Pris | 236-03-031 | $25.00 | |
| PMNT | 09/11/2003 | CL | BOP | 236 | $25.00 | |
| PMNT | 03/09/2004 | CL | BOP | 108 | $25.00 | |
| **Total Paid** | | | | | **$529.66** | |

Exhibit 1