| USAO | Collection District | ID | DiPierro | Oren Dean | Court Number | 4:9800027-001 |
|------|---------------------|-----|----------|-----------|--------------|---------------|
| 6B | | | | 1999A27300 | $33,625.76 | |
| Finance Code | Received Date | Payment Form | Received From | BOP Deposit No. | Payment Amount | |
| PMNT | 09/08/2004 | CL | DIPIERRO, OREN DEAN | | $25.00 | |
| PMNT | 03/03/2005 | CL | DIPIERRO, OREN DEAN | 407 05-061 | $25.00 | |
| PMNT | 06/16/2005 | CL | CLK 1081 | | $25.00 | |
| PMNT | 09/06/2005 | CL | DIPIERRO, OREN DEAN | 407 05-121 | $25.00 | |
| PMNT | 12/05/2005 | CL | DIPIERRO, OREN DEAN | 407 06-031 | $25.00 | |
| PMNT | 03/03/2006 | CL | DIPIERRO, OREN DEAN | 407 06-061 | $25.00 | |
| PMNT | 06/02/2006 | CB | DIPIERRO, OREN DEAN | 407 06-091 | $25.00 | |
| PMNT | 09/06/2006 | CB | DIPIERRO, OREN DEAN | 407 06-121 | $25.00 | |
| PMNT | 12/08/2006 | CB | DIPIERRO, OREN DEAN | 439 07-031 | $25.00 | |
| PMNT | 03/10/2008 | CB | DIPIERRO, OREN DEAN | 115 08-061 | $25.00 | |
| PMNT | 06/06/2008 | CB | DIPIERRO, OREN DEAN | 115 08-091 | $25.00 | |
| PMNT | 06/08/2009 | CB | DIPIERRO, OREN DEAN | 196 09-091 | $35.00 | |
| PMNT | 09/08/2009 | CB | DIPIERRO, OREN DEAN | 196 09-121 | $35.00 | |
| PMNT | 03/08/2010 | CB | DIPIERRO, OREN DEAN | 380 10-061 | $25.00 | |
| PMNT | 09/09/2010 | CB | DIPIERRO, OREN DEAN | 252 10-121 | $25.00 | |
| PMNT | 12/10/2010 | CB | DIPIERRO, OREN DEAN | 252 11-031 | $25.00 | |
| PMNT | 03/09/2011 | CB | DIPIERRO, OREN DEAN | 252 11-061 | $25.00 | |
| PMNT | 09/13/2011 | CB | OREN DEAN DIPIERRO | | $25.00 | |
| PMNT | 12/09/2011 | CB | OREN DEAN DIPIERRO | | $25.00 | |
| PMNT | 06/11/2012 | CB | OREN DEAN DIPIERRO | | $40.00 | |
| PMNT | 07/11/2012 | CB | OREN DEAN DIPIERRO | | $40.00 | |
| PMNT | 08/13/2012 | CB | OREN DEAN DIPIERRO | | $40.00 | |
| PMNT | 09/10/2012 | CB | OREN DEAN DIPIERRO | | $40.00 | |
| PMNT | 12/10/2012 | CB | OREN DEAN DIPIERRO | | $25.00 | |
| PMNT | 09/09/2014 | CB | OREN DEAN DIPIERRO | | $25.00 | |
| PMNT | 01/08/2016 | CB | OREN DEAN DIPIERRO | | $59.96 | |
| PMNT | 06/13/2016 | CB | OREN DEAN DIPIERRO | | $65.00 | |

| Finance Code | Received Date | Payment Form | Received From | BOP Deposit No. | Payment Amount | |
|---|---|---|---|---|---|---|
| PMNT | 09/12/2016 | CB | OREN DEAN DIPIERRO | | $65.00 | |
| PMNT | 01/09/2017 | CB | OREN DEAN DIPIERRO | | $25.00 | |
| PMNT | 07/16/2018 | CL | OREN DEAN DIPIERRO | IDX100022611 | $30.00 | |
| PMNT | 08/20/2018 | CL | OREN DEAN DIPIERRO | IDX100022790 | $50.00 | |
| PMNT | 10/19/2018 | CL | OREN DEAN DIPIERRO | IDX100023130 | $50.00 | |
| **Total Paid** | | | | | **$1,049.96** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Exhibit 2